UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CHRISTIAN COLON

Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY TELE CONFERENCE

-CR- ( )( )

21 Mag 3581

Defendant __CHRISTIAN Colon__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

S/ Christian Colon /otw
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CHRISTIAN Colon
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

BARRY Weinstein
_____
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

April 16, 2021
_____
Date

_____
Ona T. Wang
United States Magistrate Judge